NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVE EDDIE KOVACS,                    )
                                       )
           Appellant,                  )
                                       )
v.                                     )        Case No. 2D17-3989
                                       )
STATE OF FLORIDA,                      )
                                       )
           Appellee.                   )
_____)

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Steve Eddie Kovacs, pro se.


PER CURIAM.


           Affirmed.



LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.